# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0567

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JORY JERAE SONGER,

      Defendant and Appellant.

## ORDER

UPON the Appellant's unopposed motion to supplement the record, good cause appearing therefrom,

The Appellant's Motion is GRANTED. The Clerk of Court shall accept the filings listed in the Appellant's motion to supplement and make them part of the record on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024